# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CASEY LYNN COUCH,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No.  2:09-CV-1013-CLS-JEO |
| **OFFICER LORRENCE,** | ) |
| **Defendants.** | ) |

## ORDER

The magistrate judge filed a report and recommendation on June 10, 2009, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. The plaintiff responded with a letter agreeing with the recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  It is therefore ORDERED that this case be TRANSFERRED to the United States District Court for the  Middle District of Alabama for further proceedings.

DONE and ORDERED this 22nd day of July, 2009.

                                                                     _____
                                                                     United States District Judge